```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALFRED MANCUSO,
```

        Plaintiff,
                **ORDER**
    -against-           CV 07-3446 (TCP)(ARL)

CHARLES J. HYNES, DISTRICT ATTORNEY
OF KINGS COUNTY,

        Defendant.

-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

  Before the court is the plaintiff's opposition to the defendant's letter application dated December 18, 2007, which sought a sixty day extension of time to respond to the plaintiff's complaint. Although the plaintiff's opposition letter is dated December 22, 2007, the letter was not received by the court until January 11th and is, therefore, untimely. By order dated January 4, 2008, the court granted the defendant's request to extend the time to respond to the complaint to February 18, 2008 and that order stands.

Dated: Central Islip, New York       **SO ORDERED:**
    January 30, 2008

                  _____/s/_____
                  ARLENE R. LINDSAY
                  United States Magistrate Judge